MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br> v. <br><br> KENYA BROWN, <br><br>     Defendant. | No. 4-11-70885-MAG <br><br> [~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM AUGUST 31, 2011 TO SEPTEMBER 23, 2011 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of September 23, 2011 at 9:30 a.m. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from August 31, 2011 to September 23, 2011. The parties agree, and the Court finds and holds, as follows:

    1. The defendant has been released on a bond.

    2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into

1  account the exercise of due diligence.

2      3.  The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for
3  preliminary hearing.

4      4.  Counsel for the defense believes that postponing the preliminary hearing is in his
5  client's best interest, and that it is not in his client's interest for the United States to indict the
6  case during the normal 20-day timeline established in Rule 5.1.

7      5.  The Court finds that, taking into the account the public interest in the prompt
8  disposition of criminal cases, these grounds are good cause for extending the time limits for a
9  preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances,
10 the Court finds that the ends of justice served by excluding the period from August 31, 2011 to
11 September 23, 2011, outweigh the best interest of the public and the defendant in a speedy trial.
12 18 U.S.C. § 3161(h)(8)(A).

13     6.  Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
14 hearing date before the duty magistrate judge on September 23, 2011, at 9:30 a.m., and (2) orders
15 that the period from August 31, 2011 to September 23, 2011, be excluded from the time period
16 for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial
17 Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

18

19 IT IS SO STIPULATED:

20

21 DATED: August 29, 2011           /s/
                                             JOHN PAUL REICHMUTH
22                                              Attorney for Defendant

23

24 DATED: August 29, 2011           /s/
                                             AARON D. WEGNER
25                                              Assistant United States Attorney

26

27 IT IS SO ORDERED.

28 DATED: August 30, 2011
                                             LAUREL BEELER
                                             United States Magistrate Judge